UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BORIS BORETSKY,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JON CORZINE, et. al,<br>　　　　Defendants. | Civ. No. 08-2265(GEB)(TJB)<br><br>**ORDER** |

This matter having come before upon objections of plaintiff Boris Boretsky's ("Plaintiff") to the January 15, 2009 Report and Recommendation of the Honorable Magistrate Judge Tonianne J. Bongiovanni [Docket Entry No. 71] recommending the denial of Plaintiff's motion for a Preliminary Injunction and Temporary Restraining Order [Docket Entry No. 57]; and the Court having reviewed the parties' submissions and decided the matter without oral argument pursuant to Federal Rule of Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 11th day of May, 2009,

ORDERED the Court will adopt Judge Bongiovanni's Report and Recommendation [Docket Entry No. 71] as modified.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Garrett E. Brown
　　　　　　　　　　　　　　　　　　　　　　GARRETT E. BROWN, JR., U.S.D.J.